John L. TAYLOR, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65442.

Missouri Court of Appeals,
Western District.

Aug. 1, 2006.

Stephen M. Patton, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and ULRICH, JJ.

*ORDER*

PER CURIAM.

Movant filed a Rule 24.035 motion to set aside a guilty plea claiming he was not aware of the range of punishment for the class A felony of first-degree robbery and armed criminal action. Affirmed. Rule 84.16(b).

Roy Eugene HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66165.

Missouri Court of Appeals,
Western District.

Aug. 1, 2006.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Mark A. Grothoff, Columbia, MO, for Appellant.

Before LOWENSTEIN, P.J.,
SPINDEN and NEWTON, JJ.

*ORDER*

PER CURIAM.

Roy Harris appeals from the denial of his Rule 29.15 Motion. Harris' sole point on appeal concerned trial counsel's failure to call an alleged alibi witness. Affirmed. Rule 84.16(b).